₡JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anastasia Stathis

**DEFENDANTS**
Venetian Casino Resort, LLC et al

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Clark**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Argionis & Associates, LLC
180 N. LaSalle St, Ste 180, Chicago, IL 60601

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** / **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332

Brief description of cause:
Plaintiff slipped and fell on a foreign substance while legally on defendants premises

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ +75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 3/31/09
SIGNATURE OF ATTORNEY OF RECORD  *George Argionis*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION OF NEVADA

| | |
|---|---|
| ANASTASIA STATHIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VENETIAN CASINO RESORT, LLC., a Nevada Limited Liability Company, d/b/a THE VENETIAN RESORT HOTEL & CASINO, VENETIAN OPERATING COMPANY, LLC., a Limited Liability Company, LAS VEGAS SANDS, INC., a Nevada Corporation, INTERFACE GROUP HOLDING COMPANY, INC., a Nevada Corpration, | ) No: ) ) **Plaintiff Demands Trial by Jury** ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## COMPLAINT AT LAW - PREMISES LIABILITY

NOW COMES the Plaintiff, ANASTASIA STATHIS, by and through her attorneys, ARGIONIS & ASSOCIATES, LLC and CAP & KUDLER, and complaining against the defendants, VENETIAN CASINO RESORT, LLC., a Nevada Limited Liability Company, d/b/a THE VENETIAN RESORT HOTEL & CASINO, VENETIAN OPERATING COMPANY, LLC., a Limited Liability Company, LAS VEGAS SANDS, INC., a Nevada Corporation, INTERFACE GROUP HOLDING COMPANY, INC., a Nevada Corporation, states as follows:

1. Plaintiff, ANASTASIA STATHIS, is a citizen of the State of Illinois and the defendants, and each of them, are citizens of the State of Nevada. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

2. That on or about May 27, 2007, the Plaintiff, ANASTASIA STATHIS, was a

1

resident of Cook County, Illinois.

3. That the defendant, VENETIAN CASINO RESORT, LLC., a Nevada Limited Liability Company, d/b/a THE VENETIAN RESORT HOTEL & CASINO is, and was at all relevant times mentioned herein, a Nevada Limited Liability Company duly organized and authorized to conduct business in the State of Nevada.

4. That the defendant, VENETIAN OPERATING COMPANY, LLC. a Nevada Limited Liability Company is, and was at all relevant times mentioned herein, a Nevada Limited Liability Company duly organized and authorized to conduct business in the State of Nevada.

5. That the defendant, LAS VEGAS SANDS, INC., a Nevada Corporation is, and was at all relevant times mentioned herein, a Nevada Corporation duly organized and authorized to conduct business in the State of Nevada.

6. That the defendant, INTERFACE GROUP HOLDING COMPANY, INC., a Nevada Corporation is, and was at all relevant times mentioned herein, a Nevada Corporation duly organized and authorized to conduct business in the State of Nevada.

7. That the defendants named in paragraphs 1 through 5, collectively and/or separately or two or more in concert with each other, own and/or operate the Venetian Hotel and Casino located at 3355 Las Vegas Boulevard South in Clark County, Nevada.

8. That on or about May 27, 2007, and for sometime prior thereto, the defendants, and each of them, possessed, operated, controlled, managed and maintained, or had a duty to possess, operate, manage and control, both directly and indirectly, individually and through its agents, servants and employees, a certain Hotel and Casino located at 3355 Las Vegas Boulevard in Clark County Nevada.

9. That on or about May 27, 2007, the Plaintiff, ANASTASIA STATHIS, was a guest and visitor lawfully on the premises and property possessed, operated, owned, controlled, managed, and maintained by the defendants, and each of them.

10. That on or about May 27, 2007, the Plaintiff, ANASTASIA STATHIS, was walking in the lobby area upon such premises and property, when she stepped upon and into some slippery liquid substance that caused her to slip and fall to the ground.

11. That the defendants, and each of them, owed the Plaintiff and others coming upon said premises and property a duty of reasonable care to design, keep, control, inspect, and maintain said premises and property in a reasonably safe condition, free from all defects and conditions which would render it dangerous and unsafe for their expected and anticipated use by the Plaintiff and others; to exercise reasonable care to keep such premises and property free from hazardous and dangerous conditions; to reasonably provide warning to Plaintiff and others upon reasonable discovery of such hazards and dangers upon said premises and property.

12. The defendants, and each of them, failed to use reasonable care in the design, inspection, maintenance, upkeep, control and or maintenance of the premises, particularly allowing a large puddle of a foreign liquid substance to accumulate on the a floor in the lobby area of the Venetian Resort Hotel & Casino, rendering the premises unreasonably dangerous.

13. The unreasonably dangerous condition, under the exercise of reasonable care should have known to the defendant, and each of them, in adequate time for a reasonably prudent person to warn of, or make safe the condition. The defendants, and each of them, negligently failed and neglected to take any action to warn the plaintiff, ANASTASIA STATHIS, or to make the condition safe.

14. As a proximate result of the aforementioned negligence of the defendants, and each of them, the Plaintiff, ANASTASIA STATHIS, suffered injuries which required and may continue to require medical attention and services all to her continuing expense and damage in an amount which will be proven at time of trial.

15. As a proximate result of the aforementioned negligence of the defendants, and each of them, the Plaintiff, ANASTASIA STATHIS, incurred and may continue to incur pain, suffering, and anguish all to her general damage in an amount in excess of $75,000.00.

16. As a further proximate result of the aforementioned negligence of the defendants, and each of them, the Plaintiff, ANASTASIA STATHIS, suffered permanent disability all to her continuing damage in an amount in excess of $75,000.00.

17. As a further and proximate result of the aforementioned negligence of the defendants, and each of the, the Plaintiff, ANASTASIA STATHIS, has been forced to hire counsel to prosecute this action and has incurred and will incur attorney's fees and court costs in an amount to be proven at trial.

WHEREFORE, the Plaintiff, ANASTASIA STATHIS, prays for judgment against the defendants, and each of them, for each and every cause of action as follows:

1. For general damages in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

2. For special damages in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00).

3. For costs of suit and reasonable attorneys fees;

4. For such other relief that this Court may deem just and proper.

4

Respectfully Submitted,

Attorney for Plaintiff

George Argionis
Al Koritsaris
ARGIONIS & ASSOCIATES, LLC
180 N. LaSalle - Suite 2105
Chicago, IL 60601
Ph:   312/782-4545

Donald Kudler
Cap & Kudler
3202 W. Charleston Boulevard
Las Vegas, NV 89102
Ph:   702-878-8778

5