IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - SOUTHERN DIVISION OF NEVADA

ANASTASIA STATHIS,                                )
                                                  )
                    Plaintiff,                    )
                                                  )
        v.                                        )
                                                  )    No:    2:09-cv-600
VENETIAN CASINO RESORT, LLC.,                     )
a Nevada Limited Liability Company,               )
d/b/a THE VENETIAN RESORT HOTEL                   )
& CASINO, VENETIAN OPERATING                      )    Motion to Extend Discovery Schedule
COMPANY, LLC., a Limited Liability                )
Company, LAS VEGAS SANDS, INC., a                 )
Nevada Corporation, INTERFACE GROUP               )
HOLDING COMPANY, INC., a Nevada                   )
Corpration,                                       )
                                                  )
                    Defendants.                   )

## AGREED MOTION TO EXTEND DISCOVERY SCHEDULE

NOW COMES the Plaintiff, ANASTASIA STATHIS, by and through her attorneys,

ARGIONIS & ASSOCIATES and CAP & KUDLER as local counsel, and to move this

Honorable Court to extend the current discovery schedule, and in support thereof, states as

follows:

1.      That on March 31, 2009, the subject complaint was filed with the United States

District Court of Nevada, Southern Division.

2.      That on August 7, 2009, a discovery plan / scheduling order was filed pursuant to

Rule 16(b) of the Federal Rules of Civil Procedure.

3.      Per said order, oral discovery was to be completed by July 12, 2010, including

depositions of treating physicians and fact witnesses. Plaintiff expert witness disclosures are to

be made by August 11, 2010 and said witnesses are to deposed by September 10, 2010.

Defendant expert witnesses are to be disclosed by October 10, 2010 and said witnesses are to be

deposed by November 9, 2010. Finally, any pre-trial conference is to commence on or before

December 9, 2010 with trial to commence no later than sixty (60) days thereafter or by February

8, 2011.

4.      Plaintiff seeks to extend the remaining discovery schedule by 90 days, which

would change the schedule in the following manner:

a)      All oral discovery, including but not limited to discovery depositions of fact
        witnesses and independent expert witnesses, included but not limited to medical
        treaters, should be completed within ninety days (90) after the initial deadline or
        by October 10, 2010.

b)      All expert witness disclosures shall be made by plaintiff within thirty (30) days of
        the oral discovery deadline or by November 9, 2010.

c)      All expert witnesses named by the plaintiff are to be deposed within thirty (30)
        days thereafter or by December 9, 2010.

d)      All expert witnesses disclosures shall be made by defendant within thirty (30)
        days of the plaintiff expert deposition deadline or by January 8, 2011.

e)      All expert witnesses named by the defendant are to be deposed within thirty (30)
        days thereafter or by February 7, 2011.

f)      Any pre-trial conference is to commence on or before March 9, 2011.

g)      Trial in this matter shall commence no later than sixty (60) days thereafter or by
        May 8, 2011.

5.      All the fact witness depositions have commenced and there are a couple of

treating depositions that still need to proceed before the parties are able to name their expert

witnesses in this matter. Therefore, in order to be able to complete the treating physician

depositions in a timely manner, an extension of the current discovery schedule is sought.

WHEREFORE, the Plaintiff, ANASTASIA STATHIS, by and through her attorneys,

2

ARGIONIS & ASSOCIATES and CAP & KUDLER as local counsel, request this Honorable

Court to grant the Plaintiff's motion to extend the current discovery order, consistent with the

new schedule laid out in the body of said motion and for whatever further relief this court deems

proper.

DATED this 29th day of June, 2010

George Argionis – Pro Hac Vice
Al Koritsaris
Argionis & Associates, LLC
180 N. LaSalle – Suite 2105
Chicago, Illinois 60601
Attorney No:   6236638

Donald Kudler
Cap & Kudler
3202 W. Charleston Blvd.
Las Vegas, NV 89102

3

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA - SOUTHERN DIVISION OF NEVADA

| | | | |
|---|---|---|---|
| ANASTASIA STATHIS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | No: | **2:09-cv-600** |
| VENETIAN CASINO RESORT, LLC., | ) | | |
| a Nevada Limited Liability Company, | ) | | |
| d/b/a THE VENETIAN RESORT HOTEL | ) | | |
| & CASINO, VENETIAN OPERATING ) | | | |
| COMPANY, LLC., a Limited Liability | ) | | |
| Company, LAS VEGAS SANDS, INC., a | ) | | |
| Nevada Corporation, INTERFACE GROUP | ) | | |
| HOLDING COMPANY, INC., a Nevada | ) | | |
| Corpration, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## NOTICE OF FILING

NOW COME the parties, by and through their attorneys, and for filing of their proposed

Amended Discovery Plan/Scheduling Order to Extend the Discovery Schedule with Supporting

Motion, states as follows:

**Attorneys for Plaintiff**

George Argionis
Al Koritsaris
Argionis & Associates, LLC
180 N. LaSalle - Suite 2105
Chicago, Illinois 60601
Tel:    312/782-4545
Fax:    312/782-4540

Donald Kudler
Cap & Kudler
3202 W. Charleston Blvd.
Las Vegas, NV 89102
Tel:    702/878-8778
Fax:    702/878-9350

**Attorney for Defendants**

Cory Jones
Michael Royal
Royal Jones Miles Dunkley & Wilson
1522 W. Warm Springs Road
Henderson, NV 89014
Tel:    702/471-6777
Fax:    702/531-6777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA – SOUTHERN DIVISION OF NEVADA

ANASTASIA STATHIS,

    Plaintiff,

  v.

VENETIAN CASINO RESORT, LLC.,
a Nevada Limited Liability Company,
d/b/a THE VENETIAN RESORT HOTEL
& CASINO, VENETIAN OPERATING
COMPANY, LLC., a Limited Liability
Company, LAS VEGAS SANDS, INC., a
Nevada Corporation, INTERFACE GROUP
HOLDING COMPANY, INC., a Nevada
Corpration,

    Defendants.

No:  2:09-cv-600

Agreed Amended Discovery Order

## AGREED AMENDED DISCOVERY PLAN / SCHEDULING ORDER

  This matter coming to be heard upon agreed motion to amend discovery
scheduling order, due notice being given and this Court being fully advised of the
premises:

IT IS HEREBY ORDERED THAT:

The amended discovery order per agreement of the parties is entered as follows:

  a) All oral discovery, including but not limited to discovery depositions of
    fact witnesses and independent expert witnesses, included but not limited
    to medical treaters, should be completed within ninety days (90) after the
    initial deadline or by October 10, 2010.

  b) All expert witness disclosures shall be made by plaintiff within thirty (30)
    days of the oral discovery deadline or by November 9, 2010.

  c) All expert witnesses named by the plaintiff are to be deposed within thirty
    (30) days thereafter or by December 9, 2010.

  d) All expert witnesses disclosures shall be made by defendant within thirty
    (30) days of the plaintiff expert deposition deadline or by January 8, 2011.

  e) All expert witnesses named by the defendant are to be deposed within
    thirty (30) days thereafter or by February 7, 2011.

f)   Any pre-trial conference is to commence on or before March 9, 2011.

g)   Trial in this matter shall commence no later than sixty (60) days thereafter or by May 8, 2011.


Attorney for Plaintiff

6/29/10
Date

George Argionis
Al Koritsaris
Argionis & Associates, LLC
180 N. LaSalle - Suite 2105
Chicago, IL 60601
Tel:    312/782-4545


Attorney for Defendant

6/29/10
Date

Michael Royal
Royal Jones Miles
Dunkley & Wilson
1522 W. Warm Springs Rd.
Henderson, NV 89014
702/531-6777


**IT IS SO ORDERED.**


**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____ 7-2-10